IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| David Redman, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Smith & Cohen, LLC, a Delaware limited liability company, and Brightwater Capital, LLC, a Florida limited liability company, )<br>)<br>Defendants. ) | No.   1:15-cv-858-JMS-DKL |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against Defendants, hereby stipulates to the dismissal of his individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  August 3, 2015

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ \_
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## CERTIFICATE OF SERVICE

        I hereby certify that on August 3, 2015, a copy of the foregoing **Notice of Voluntary Dismissal With Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on August 3, 2015, by 5:00 p.m.

Smith & Cohen, LLC, and
Brightwater Capital, LLC
C/O David Peltan
Peltan Law, PLLC
128 Church Street
East Aurora, New York 14052


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com